


IN THE IL NORTHERN DISTRICT OF ILLINOIS COURT JUDICIAL CIRCUIT
**COUNTY, ILLINOIS**

Case No: 114CV01130
Hearing Date:



## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

JPMorgan Chase Bank, N.A. ("JPMC"), certifies under penalty of perjury that with regard to the property of the judgment (Citation Respondent) debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Check one or more of the following and indicate the amount held:

If funds not held, provide reasons:
Memo: CUSTOMER ACCOUNTS CLOSED

A) Savings Account _____

B) Checking and/or Now Account _____

C) Certificate of Deposit _____

D) Money Market Account (Amount held) _____

E) Trust Account (Amount held) _____

F) Safety Deposit Box _____

G) No Accounts

H) Adverse Claimant:   <u>Name</u>   <u>Address</u>
                        **None**   **None**

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

*FILED AUG 28 2014 THOMAS G. B... CLERK, U.S. ... COURT*

Attach a sheet for any additional information required by the Citation.

Sub-Total: $0.00

Less right of offset for other loans $0.00

Less deduction for fees limited by
205 ILCS 5/48.1  $0.00

Total: $0.00

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant
COAL-19Aug14-3103                                                               Page 1 of 2

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.



CHRISTOPHER A LOPEZ
Document Review Specialist

Agent for Citation Respondent

Tuesday, Aug 19, 2014
Date

Respondent/ Agent
Business Name: JPMorgan Chase Bank N.A.
Address: P.O. Box 183164 Columbus, OH 43218-3164
Phone: 1-866-578-7022
Fax: 1-866-699-0618

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant
COAL-19Aug14-3103   Page 2 of 2