MM-T

(6/30/08) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **Bank of America**      Court Date: **9-1-14**

Defendant's Name: **Halsted Financial Services** SS No. xxx-xx-_____    Case No. **114 CV 01130**

Judgment Balance: $_____

This is a Citation: Freeze up to double the Judgment Balance.

## INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☑ Yes ☐ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☑ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

*IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

| 4. | | ACCOUNT BALANCE | AMOUNT WITHHELD |
|---|---|---|---|
| A) | Savings Account | $ _____ | $ _____ |
| B) | Check/MMA/Now Account | $ -28.00 | $ 0.00 |
| C) | Certificate of Deposit | $ _____ | $ _____ |
| D) | Trust Account/Other | $ _____ | $ _____ |
| | (Describe) _____ | | |
| E) | Safety Deposit ☐ Yes ☐ No | | |
| F) | Land Trust No. _____ | | |
| G) | *Less* Right of Offset for Loans | | $ _____ |
| | TOTAL AMOUNT FROZEN: | | $ 0.00 |

FILED

AUG 29 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5. List all electronic deposits into account(s) and their source(s) except deposits:

| Account Number | Source | Monthly Amount |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

6. List all joint account holders or adverse claimants:

Name _____    Name _____    Name _____

Address _____    Address _____    Address _____

Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings

☐ Account Number _____    ☐ Account Number _____    ☐ Account Number _____

## INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

## CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: **8-20-14**

Respondent Name: Bank of America
Legal Order Processing
5701 Horatio Street
Utica, NY 13502
NY7-501-02-07

Address: _____

Telephone: **213-580-0702**

FAX: **617-310-2751**

Print Agent Name: **Tyra Smalls**

Signature of Agent: *Smalls*

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS