**FILED**

SEP - 2 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Marquisha Campbell, <br><br> Plaintiff, <br><br> v. <br><br> Halsted Financial Services, LLC, <br><br> Defendant. | Case No. 1:14-cv-01130 <br><br> **CITATION TO DISCOVER ASSETS ISSUED TO A THIRD PARTY** |

**Third-party receiving citation:**

PNC Financial Services Group, Inc.
c/o Corporation Services Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*[Stamp: No Account Found]*

*[Stamp: PNC Bank — AUG 19 2014 — Garnishment Processing — 888-849-2096 Option 2]*

YOU ARE HEREBY SUMMOND to be present in person at the law Offices of Meier LLC, 53 W. Jackson Street, Suite 304; Chicago, IL 60604 at **10:00 a.m. (CST), on September 1, 2014** and then and there to answer under oath such questions as may be put to you concerning the personal and real property of and/or indebtedness due the above-named Defendant, Halsted Financial Services, LLC, and to abide further order of the Court.

YOU ARE FURTHER COMMANDED to produce at said time and place all books, papers and records in your possession or control which may contain information concerning the property or income of Defendant or indebtedness due Defendant, including but not limited to:

- All Contracts you have with the Defendant;
- All payment records you have with the Defendant;
- Any checking account or fiduciary account records regarding money your institution owes to Defendant; and,
- Any statements as to any amount presently owed to Defendant.

In addition, you are to produce all records including invoices, contracts, canceled checks, all checks received from collection lawsuits related to Defendant.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which it may be entitled or which may be acquired by or become due to it; and from paying over to otherwise disposing of any money not so exempt, which is due or becomes due to it, until further order of the Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

Judgment was entered in favor of the Plaintiff on **August 4, 2014**, in the aggregate sum of **$4,230**, all of which remains unpaid.

YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FROM CONTEMPT OF THIS COURT.

_____
Attorney Signature

By: **THOMAS G. BRUTON**
CLERK OF THE COURT

_____
DEPUTY CLERK

DATED: AUG 14 2014

2

## CERTIFICATE OF SERVICE

I, Richard J. Meier, an attorney, hereby certify that on August 14, 2014 a copy of the foregoing **Citation to Discover Assets** was filed with the District Court. Notice of this filing will be sent to the individuals listed on the service list below:

By: /s/ Richard J. Meier
One of Plaintiff's Attorneys

## SERVICE LIST

Halsted Financial Services, LLC
c/o Syed Ali
8548 Karlov Avenue
Skokie, IL 60076


**CERTIFIED U.S. MAIL,
RETURN RECEIPT REQUESTED**
PNC Financial Services Group, Inc.
c/o Corporation Services Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808